AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Maria DELUISE,<br>a/k/a Maria ANDREWS, a/k/a Maria WHARTON<br><br>*Defendant(s)* | Case No. 19-6405-SELTZER |

FILED BY _____ D.C.
AUG 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 7, 2019 to August 22, 2019  in the county of  Broward  in the  Southern  District of  Florida, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 and Title 18, United States Code, Section 2 | Possession with the Intent to Distribute Fentanyl and Oxycodone and Conspiracy to do the Same |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric J. Fess; DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 23, 2019

_____
*Judge's signature*

City and state:  Fort Lauderdale, Florida

BARRY S. SELTZER; U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Eric Fess, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint to establish probable cause that Maria DELUISE, a/k/a Maria ANDREWS, a/k/a Maria WHARTON, between on or about August 7, 2019 and continuing through on or about August 22, 2019, in the Southern District of Florida and elsewhere, did knowingly and willfully conspire with Gregory LERI to possess with the intent to distribute mixtures or substances containing a detectable amount of Fentanyl and Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846, and, between on or about August 7, 2019 through on or August 22, 2019, in the Southern District of Florida and elsewhere, did knowingly and intentionally possess with the intent to distribute mixtures or substances containing a detectable amount of Fentanyl and Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

2. I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the West Palm Florida District Office, Tactical Diversion Squad (TDS). I have been a Special Agent with DEA since November 2002. I am currently assigned to investigations dealing with importation, manufacturing, and distribution of illegal drugs, and the diversion of prescription drugs. As such, I am an investigative or law enforcement officer of the United States and empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18 and 21 of the United States Code (USC), including 18 USC §§ 1956 and 1957 (money laundering) and 21 USC §§ 841 and 846 (possession with the intent to distribute a controlled substance and conspiracy to do the same).

3. The facts in this affidavit come from my personal observations, my training, my experience, and information obtained from other agents and witnesses. This affidavit is intended to show

merely that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

4.      On or about August 1, 2019, Broward County Sheriff's Office (BSO) working with DEA conducted an interview of a cooperating defendant. The cooperating defendant stated that Gregory LERI (LERI) and Maria DELUISE (DELUISE) sold prescription pills and Fentanyl lollipops. Fentanyl lollipops are a common term for Teva Pharmaceutical Fentanyl lozenges. Oral Transmucosal Fentanyl Citrate lozenges are only available through the Transmucosal Immediate-Release (TIRF) Risk Evaluation and Mitigation (REMS) Access program. The sole FDA-approved use for TIRF medicines is to manage breakthrough pain in adults with cancer. Oral Transmucosal Fentanyl Citrate lozenges are a Schedule II narcotic that can only be legally obtained by prescription from a licensed doctor that is registered with USDA to distribute TIRF. Schedule II narcotics have a high potential for abuse, with use potentially leading to severe psychological or physical dependence.

5.      On or about August 7, 2019, the cooperating defendant arranged for BSO Detective Frank Sanchez, working in an undercover (UC) capacity, to purchase Oxycodone from DELUISE.

6.      On or about August 8, 2019, the cooperating defendant learned that DELUISE was waiting to pick up her prescription for Oxycodone 30 mg pills from the Walgreens drug store located at 601 East Commercial Boulevard, Oakland Park, Florida. On that same date, at approximately 5:45 PM, agents established surveillance at this Walgreens. Shortly thereafter, agents and officers observed DELUISE arrive with another female and enter the Walgreens. When DELUISE and the other female departed the Walgreens, DELUISE had a white bag in her hand. Surveillance was maintained on DELUISE and the female until they arrived at the location to meet the UC. At the meet location, DELUISE walked over to the cooperating defendant. At this time, the cooperating defendant introduced the UC to DELUISE. The cooperating defendant explained to DELUISE that the UC was his/her primary customer and that the UC was the individual that had purchased Fentanyl lollipops

2

previously. DELUISE gave the UC a prescription bottle containing approximately 87 Oxycodone 30 mg pills with a label showing the person prescribed the medication was Maria DELUISE. The UC paid DELUISE $1,560.00. The UC and DELUISE exchanged telephone numbers. This meeting was video and audio recorded.

7. On or about August 18, 2019, the cooperating defendant received a telephone call from LERI. LERI told the cooperating defendant that he (LERI) would be obtaining and then selling Fentanyl lollipops. The cooperating defendant told LERI that he/she would not be available and instructed LERI to call the UC. The cooperating defendant contacted the UC to inform the UC about the telephone conversation with LERI. The UC placed a telephone call to the telephone number provided by DELUISE. A male answered the telephone and introduced himself as Greg. LERI stated that DELUISE was trying to contact the UC about selling some "berries," a common street term used for Oxycodone pills. LERI further stated that he would have the "pops" meaning the Fentanyl lollipops available the following day and arranged to meet with the UC accompanied by DELUISE. All telephone calls mentioned herein were recorded.

8. On or about August 19, 2019, LERI called the UC to advise the Fentanyl lollipops would be available for the UC to buy in the afternoon and LERI would obtain and send by text message to the UC the price for the "blueberries" or Oxycodone pills. Subsequent to this conversation, the UC was told by LERI in a text message that the pharmacy would not have the Fentanyl lollipops available until Thursday (August 22, 2019). All text messages mentioned herein were memorialized.

9. On or about August 20, 2019, the UC missed two telephone calls from the telephone number used by LERI and DELUISE. The UC returned the calls and DELUISE answered. DELUISE offered to sell the UC 100 "blues" or Oxycodone pills. The UC stated that the UC would buy the "blues" when he met DELUISE on Thursday. DELUISE stated that the Oxycodone pills would be sold before Thursday because two car payments were due. DELUISE stated that she would meet the UC on Thursday to sell the "other things" meaning the Fentanyl lollipops.

10. On or about August 22, 2019, the UC received telephonic communications setting the purchase price at $2,400.00 to buy four boxes of Fentanyl lollipops and 60 Oxycodone 30 mg pills and instructing the UC to meet DELUISE and LERI at the parking lot of the Chili's restaurant located at 5363 Sheridan Street, Hollywood, Broward County, Florida. On that same date, at approximately 11:18 AM, law enforcement conducting surveillance observed LERI and DELUISE arrived in a black Pontiac Firebird and park. DELUISE exited the passenger side of the vehicle, with two bags in her possession, and walked to and then entered the UC's vehicle. After being shown the Fentanyl lollipops and the Oxycodone pills, the UC made a partial payment to DELUISE and excused himself from his vehicle to retrieve the balance owed. The arrest signal was given and DELUISE and LERI were taken into custody without incident. A search of the two bags DELUISE had possessed revealed a prescription bottle containing approximately 60 Oxycodone 30 mg pills with a label showing the person prescribed the medication was Greg LERI and four sealed boxes of Teva Pharmaceutical Fentanyl Lozenges that were dispensed to Greg LERI by the Walgreens pharmacy located at 601 East Commercial Boulevard in Oakland Park. On or about August 22, 2019, a Walgreens Asset Protection Manager notified DEA that LERI's prescription for four boxes of 600 mcg Oral Transmucosal Fentanyl Citrate lozenges was picked up at approximately 10:56 AM on or about August 22, 2019. The 30 Fentanyl lozenges that the UC arranged to purchase in each box contained 600 mcg of Fentanyl suspended in two (2) grams of sugar per unit causing one box to weigh approximately 60 grams. The estimated total amount of a mixture and substance containing Fentanyl contained within the Lozenges within the four boxes is 240 grams.

11. Based on the above information and facts, your affiant submits there is probable cause to believe that Maria DELUISE, between on or about August 7, 2019 and continuing through on or about August 22, 2019, in the Southern District of Florida and elsewhere, did knowingly and willfully conspire with Gregory LERI to possess with the intent to distribute mixtures or substances containing a detectable amount of Fentanyl and Oxycodone, in violation of Title 21, United States

Code, Sections 841(a)(1), 841(b)(1)(C) and 846, and, between on or about August 7, 2019 continuing through on or about August 22, 2019, in the Southern District of Florida and elsewhere, did knowingly and intentionally possess with the intent to distribute mixtures or substances containing a detectable amount of Fentanyl and Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Eric J. Fess
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 23RD day of August 2019.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

5